# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Casey Voigt and Julie Voigt, ) | |
| ) | |
| Plaintiff, ) | **ORDER RE ADMISSION** |
| ) | **PRO HAC VICE** |
| vs. ) | |
| ) | |
| Coyote Creek Mining Company, L.L.C., ) | |
| ) | Case No. 1:15-cv-109 |
| Defendant. ) | |

Before the court is a motion for attorney Alina Fortson to appear *pro hac vice* on defendant's behalf. In accordance with D.N.D. Gen. L.R. 1.3(D), attorney Fortson has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. Attorney Fortson has also paid the required admission fees to the office of the Clerk. Accordingly, the motion (Docket No. 52) is **GRANTED**. Attorney Fortson is admitted to practice before this court in the above-entitled action on behalf of defendant.

**IT IS SO ORDERED.**

Dated this 30th day of January, 2017.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge