## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Casey Voigt and Julie Voigt, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER RE ADMISSION** |
| | ) | **PRO HAC VICE** |
| vs. | ) | |
| | ) | |
| Coyote Creek Mining Company, LLC, | ) | |
| a North Dakota Corporation, | ) | |
| | ) | Case No.  1:15-cv-109 |
| Defendants. | ) | |

Before the court is a motion for attorney Nash E. Long III to appear *pro hac vice* on behalf of non-parties Mark Thoma and Ottertail Power Company in connection with a subpoena duces tecum served upon Mark Thoma.  In accordance with D.N.D. Gen. L.R. 1.3(D), attorney Nash E. Long III has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline.  He has also paid the required admission fees to the office of the Clerk.  Accordingly, the  motion (Docket No.  61) is **GRANTED**.  Attorney Nash E. Long III is admitted to practice before this court in the above-entitled action on behalf of non-parties Mark Thoma and Ottertail Power Company.

**IT IS SO ORDERED.**

Dated this 14th day of April, 2017.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge