# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Casey Voigt, Julie Voigt, | ) | |
| Plaintiffs, | ) | **ORDER** |
| vs. | ) | |
| Coyote Creek Mining Company, LLC, a North Dakota Corporation, | ) | |
| | ) | Case No. 1-15-cv-109 |
| Defendant. | ) | |

The court held a status conference with the parties on June 15, 2017 to discuss the ongoing dispute amongst the parties regarding rebuttal experts and reports. Pursuant to the discussion with the parties, the court directs the parties to file briefing in support of their position on the issue and their experts reports as follows: Coyote Creek's briefing and reports are due by June 22, 2017; the Voigts' briefing and reports are due by June 28, 2017.

**IT IS SO ORDERED.**

Dated this 15th day of June, 2017.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court