# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Casey Voigt and Julie Voigt, | ) | |
| | ) | |
| Plaintiffs, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Coyote Creek Mining Company, LLC, | ) | |
| a North Dakota Corporation, | ) | |
| | ) | Case No.: 1:15-cv-109 |
| Defendant. | ) | |

Before the court is a "Motion for Stay or for Continuance of Pretrial/Trial Dates" filed by defendant on October 4, 2017. For the reasons articulated by the court during its status conference with the parties on October 11, 2017, the motion for a continuance (Docket No. 108) is **GRANTED** and the motion for stay (Docket No. 107) is deemed **MOOT**.

The jury trial set for December 4, 2017, shall be rescheduled for March 20, 2018, at 9:30 a.m. at the U.S. Courthouse in Bismarck (Eagle Courtroom). A nine (9) day trial is anticipated. The final pretrial conference set for November 21, 2017, shall be rescheduled for March 2, 2018, at 10:00 a.m. by telephone. The court shall initiate the conference call.

**IT IS SO ORDERED.**

Dated this 18th day of October, 2017.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court